JS-6

PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
CUONG M. NGUYEN (SBN 248586)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: cnguyen@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DIEGO DILORETTO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., a national banking association; CAL-WESTERN RECONVEYANCE CORP, a California Corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.: 2:13-CV-07486-JFW (SHx)<br><br>**JUDGMENT** |

On January 15, 2014, the Court entered its Order granting Defendants CitiMortgage, Inc. and Federal National Mortgage Association's (collectively, "Defendants") Motion to Dismiss Plaintiff Diego Diloretto's ("Plaintiff") Second Amended Complaint, without leave to amend, and dismissing the Second Amended Complaint with prejudice. (Dkt. #34.) Accordingly,

**IT IS HEREBY ADJUDGED AND DECREED THAT**:

1. Plaintiff takes nothing by way of the Second Amended Complaint as against Defendants, the Second Amended Complaint having been dismissed with prejudice;

2. Defendants are entitled to recover costs against Plaintiff; and

3. The Notice of Pendency of Action (Lis Pendens) recorded on May 23, 2013, by Plaintiff in connection with this action, in the Official Records of the Los Angeles County Recorder's Office as Instrument Number 20130779601 is hereby EXPUNGED.

Dated: January 22, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE